LILLIE LAPIEDUSE, an Infant, by ABRAHAM LAPIEDUSE, Her Guardian ad Litem, Respondent, *v.* SYRACUSE RAPID TRANSIT RAILWAY COMPANY, Appellant.

*Lapieduse* v. *Syracuse R. Tr. Ry. Co.*, 112 App. Div. 904, affirmed.
(Argued January 21, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 30, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

36

*C. E. Spencer* for appellant.

*Theodore E. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J.; EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ., concur on the ground that the alleged errors were so cured by the subsequent charge as to become harmless; GRAY and WILLARD BARTLETT, JJ., dissent upon the ground that it was error to leave the case with the jury upon the instruction that there was a legal presumption that the plaintiff was not *sui juris.*